IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:99cr16-RH/WCS
    4:05cv341-RH/WCS

MARK ANTHONY JONES,

     Defendant.

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

After defendant's conviction and sentence in this court were affirmed on appeal, he filed a motion for relief under 28 U.S.C. §2255. This court denied the motion. Defendant then filed additional motions seeking relief from the conviction and sentence. The motions were denied for failure to obtain authorization from the court of appeals to file second or successive motions.

Defendant has filed a notice of appeal from the judgment denying the second and successive motions. Under 28 U.S.C. §2253(c)(1), however, defendant is not entitled to appeal unless a certificate of appealability is issued. Under *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997), defendant's notice of appeal is deemed an application for a certificate of appealability.

Under 28 U.S.C. §2253(c)(2), a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." *See Miller-El v. Cockrell,* 123 S. Ct. 1029, 1039-40 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000); *Barefoot v. Estelle*, 463 U.S. 880, 893, n.4, 103 S. Ct. 3383, 77 L. Ed. 2d 1090 (1983);; *see also Williams v. Taylor*, 529 U.S. 362, 402-13, 120 S. Ct. 1495, 146 L. Ed. 2d 389 (2000) (setting forth standards applicable to §2254 petitions on the merits). As the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

*Slack*, 529 U.S. at 483-84, *quoting Barefoot*, 463 U.S. at 893 n.4. Further, in order to obtain a certificate of appealability when dismissal is based on procedural grounds, a petitioner must show, "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

For the reasons set forth in the magistrate judge's report and

4:

recommendation (document 109), as adopted by this court (document 111), defendant has made no such showing, and no certificate of appealability will be issued.  In addition, for the same reasons, I find that defendant's appeal is not taken in good faith.  I hereby certify pursuant to Federal Rule of Appellate Procedure 24(a) that defendant's appeal is not taken in good faith and that defendant is not otherwise entitled to proceed *in forma pauperis* on appeal.  I thus conclude that leave to proceed *in forma pauperis* should be denied.  Accordingly,

    IT IS ORDERED:

    1.  Defendant's notice of appeal (document 113), deemed an application for a certificate of appealability, is DENIED.

    2.  Leave to proceed on appeal *in forma pauperis* is DENIED.

    SO ORDERED this 15th day of December, 2005.

                                    s/Robert L. Hinkle  
                                    Chief United States District Judge