**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.                                              CASE NO.   4:99cr16-RH/WCS
                                                          4:11cv18-RH/WCS

MARK ANTHONY JONES,

      Defendant.

_____/

**ORDER DENYING THE PETITION
FOR A WRIT OF AUDITA QUERELA**

      This case is before the court on the report and recommendation, ECF No.

132, and the objections, ECF No. 133.  I have reviewed *de novo* the issues raised

by the objections.  I conclude that the report and recommendation is correct and

that the petition should be denied.  A certificate of appealability may not be

required on a petition like this—but the petitioner has not met the requirements for

a certificate, so one will not be issued.

      IT IS ORDERED:

      1.  The report and recommendation is ACCEPTED and adopted as the

court's opinion.

2.  The petition for writ of audita querela, ECF No. 125, is DENIED.

3.   Leave to appeal *in forma pauperis* is DENIED.

4.   A certificate of appealability is DENIED.

5.  The clerk must close the file.

SO ORDERED on September 22, 2011.

Robert L. Hinkle        
United States District Judge